IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

KEYAWN COOK,

        Plaintiff,               No. 2:08-cv-1162 FCD JFM (PC)

    vs.

CALIFORNIA DEPARTMENT OF
CORRECTIONS, et al.,

        Defendants.          ORDER TO SHOW CAUSE
_____/

        Plaintiff is a state prisoner proceeding pro se and in forma pauperis with a civil rights action pursuant to 42 U.S.C. § 1983. On April 13, 2009, plaintiff filed a request for information concerning the status of service of process on defendants C/O Easley, Dr. Bal, and Dr. Wedell.[1] Review of the record shows that the United States Marshal filed executed waivers of service for defendant Wedell on February 27, 2009 and for defendant Easley on March 17, 2009. No return of service has been filed for defendant Bal.

        Review of the waivers signed by defendant Wedell and on behalf of defendant Easley show that their responses to plaintiff's complaint were due sixty days after January 20, 2009. Neither defendant has responded to the complaint or otherwise appeared in the action.

---

[1] Defendants O'Brian and Grannis answered the complaint on March 20, 2009.

1

1    Good cause appearing, IT IS HEREBY ORDERED that within twenty days from
2 the date of this order defendants Wedell and Easley shall show cause in writing, if any they have,
3 why their default should not be entered in this action.  See Fed. R. Civ. P. 55.  The Clerk of the
4 Court is directed to serve a copy of this order on defendant Dr. J. Wedell at the CSP-Sacramento
5 Litigation Office, P.O. Box 290027, Represa, CA 95671-0027 and on defendant Easley by
6 service on counsel for defendant O'Brian and Grannis.

DATED: April 15, 2009.

_____
UNITED STATES MAGISTRATE JUDGE

12
cook1162.osc

2