IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

KEYAWN COOK,

    Plaintiff,                   No. 2:08-cv-1162 FCD JFM (PC)

    vs.

CALIFORNIA DEPARTMENT
OF CORRECTIONS, et al.,

    Defendants.              <u>ORDER</u>

        Defendants have filed a second motion to modify the discovery and scheduling order filed in this action on March 27, 2009. In view of the order and findings and recommendations filed January 14, 2010 and good cause appearing, IT IS HEREBY ORDERED that defendants' January 12, 2010 motion is denied.

DATED: January 19, 2010.

                                 UNITED STATES MAGISTRATE JUDGE

12; cook1162.o

1